Stella Havkin (SBN 134334)
Havkin & Shrago
Attorneys at Law
Stella Havkin (SBN 134334)
20700 Ventura Blvd. Ste. 328
Woodland Hills, CA 91364
Telephone: (818) 999-1568
Facsimile: (818) 305-6040
Email: stella@havkinandshrago.com

Attorneys for 13621 Sherman Way, LLC
Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  1:12-bk-19853-AA |
| 13621 Sherman Way, LLC | Chapter 11 |
| | **VOLUNTARY DISMISSAL OF MOTION FOR SALE** |
| Debtor in Possession. | Hearing: |
| | Date:   February 24, 2015 |
| | Time:   1:30 p.m. |
| | Courtroom: 301 |

Debtor's Dismissal of Motion for Sale

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; MOVANT; THE TWENTY LARGEST UNSECURED PARTIES; AND OTHER INTERESTED PARTIES:**

The Debtor and Debtor-in-Possession, 13621 Sherman Way, LLC (the "Debtor") hereby voluntarily dismisses its Motion for Sale.

Dated:  February 27, 2015          **HAVKIN & SHRAGO**

By:  */s/ Stella Havkin*
     STELLA HAVKIN
Attorneys for 13621 Sherman Way, LLC
Chapter 11 Debtor and Debtor in Possession

Debtor's Dismissal of its Motion for Sale

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 20700 Ventura Blvd. Ste. 328 Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled: **DEBTOR'S VOLUNATRY DISMISSAL OF ITS MOTION FOR SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 27, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: lottie.cohen@hotmail.com, reception@lottiecohen.com,pgarofalo@lurie-zepeda.com, oalamillo@lurie-zepeda.com, havkinlaw@earthlink.net, queenie.k.ng@usdoj.gov, cmartin@pralc.com, ustpregion16.la.ecf@usdoj.gov, jweinberg@usisg.com,ch11ecf@piteduncan.com, GRY@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 27, 2015 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 27, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Honorable Victoria Kaufman United States Bankruptcy Judge via court drop box

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/27/2015 | Stella Havkin | /s/ Stella Havkin |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

Debtor's Dismissal of its Motion for Sale

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:12-bk-19853-AA<br>Central District Of California<br>San Fernando Valley<br>Fri Dec 12 15:23:11 PST 2014 | 13621 Sherman Way, LLC<br>5336 Winnetka Ave<br>Woodland Hills, CA 91364-3551 | Gardena JM LLC<br>c/o P M Brent<br>Steinberg Nutter & Brent, Law Corp<br>23801 Calabasas Rd.<br>#2031<br>Calabasas, CA 91302-3316 |
| Law Offices of Raymond H. Aver, APC<br>1950 Sawtelle Boulevard, Suite 328<br>Los Angeles, CA 90025-7091 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 |
| Azniv M Malkhayan<br>C/O Mher Asatryan, Esq.<br>14545 Victory Boulevard Suite 503B<br>Van Nuys, CA 91411-4143 | DEPT WATER AND POWER<br>CITY OF LA ATTN BK<br>POB 51111<br>LA CA 90051-5700 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Hi Tech Credit, Inc.<br>18375 Ventura Blvd Suite 279<br>Tarzana, CA 91356-4218 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Los Angeles DWP<br>111 N. Hope Street<br>Los Angeles, CA 90012-2607 | New Age Laundry, Inc<br>P.O. Box 4355<br>Sherman Oaks, CA 91403 |
| Preferred Bank<br>17515 Colima Road<br>City Of Industry, CA 91748-1859 | Preferred Bank<br>c/o Gary Caris, Esq.<br>McKenna Long & Aldridge<br>300 South Grand Ave, 14th Floor<br>Los Angeles, CA 90071-3124 | S & B Premier Investments, LLC<br>3701 Royal Meadow Road<br>Sherman Oaks, CA 91403-4830 |
| Travelers Insurance<br>P.O. Box 1515<br>Spokane, WA 99210-1515 | Stella A Havkin<br>Havkin & Shrago<br>20700 Ventura Blvd<br>Ste 328<br>Woodland Hills, CA 91364-6282 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Services
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.